IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                              4:07CR00200-01-WRW

VALENCIA SHONDRELL WHITE

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of her supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a term of 10 months at a designated Bureau of Prisons correctional facility. The defendant is to participate in residential or nonresidential substance abuse treatment, and is to be placed at a facility where she will receive mental health counseling and treatment during incarceration.

A term of supervised release of 18 months shall be imposed to follow imprisonment. The defendant shall participate under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may including testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment. The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office. All other conditions previously imposed on the defendant remain in full force and effect.

The defendant is to report to the designated Bureau of Prisons facility by 2:00 p.m. on Monday, September 20, 2010.

IT IS SO ORDERED this 17th day of August, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.White.wpd